## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**KEVIN MILLER et al**,

     **Plaintiffs,**

**v.**

**FIRST BANK,**

     **Defendant.**                 **No. 13-cv-585-DRH**


## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court on defendant's Motion for Summary Judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting defendant's Motion for Summary Judgment entered on September 26, 2014(Doc. 26), judgment is entered in favor of First Bank and against Kevin Miller, Pamela Miller, Wayne Miller, and Elsie Miller.   This case is **DISMISSED with prejudice.**


                    **JUSTINE FLANAGAN,**
                    **ACTING CLERK OF COURT**

                    **BY:_____/s/*Caitlin Fischer*_____**
                         **Deputy Clerk**

Dated:   September 26, 2014

Digitally signed by
David R. Herndon
Date: 2014.09.26
10:07:30 -05'00'

APPROVED:
       **CHIEF JUDGE**
       **U. S. DISTRICT COURT**